■ In the Matter of VARIOUS TENANTS OF 40-66 ITHACA STREET et al., Appellants, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Respondents. [657 NYS2d 78] —In a proceeding pursuant to CPLR article 78 to review a determination of the Deputy Commissioner of the New York State Division of Housing and Community Renewal, dated June 16, 1995, modifying an order of the District Rent Administrator, dated June 29, 1988, which granted, in part, a building owner's application for a major capital improvement rent increase for rent-stabilized and rent-controlled tenants, the tenants appeal from a judgment of the Supreme Court, Queens County (Lonschein, J.), dated January 19, 1996, which denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, with costs.

In the absence of evidence of a failure to maintain required services, the building owner was entitled to a major capital improvement rent increase for the installation of thermal windows and a new compactor (see, 9 NYCRR 2522.4 [a] [2], [13]). Thus, the Deputy Commissioner's determination was neither arbitrary nor capricious (see, Matter of Ansonia Residents Assn. v New York State Div. of Hous. & Community Renewal, 75 NY2d 206), and the Supreme Court properly denied the petition and dismissed the proceeding. Miller, J. P., Joy, Goldstein and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT AMEY, Appellant. [657 NYS2d 941] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered April 3, 1995, convicting him of attempted murder in the second degree, assault in the second degree, and criminal possession of a weapon in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Rosenblatt, J. P., Copertino, Pizzuto, Krausman and Florio, JJ., concur.